# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WAYNE FOSTER, JR.,<br>　　　　Petitioner,<br>　　v.<br>SUZANNE M. PEERY,<br>　　　　Respondent. | Case No. LA CV 15-2826 JGB (JCG)<br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: July 6, 2015

　　　　　　　　　　　　　HON. JESUS G. BERNAL
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE